# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0023. EDWARD KENT TURNER v. THE STATE.**

A Gwinnett County State Court jury found Edward Kent Turner guilty of driving with a suspended or revoked license, and he was sentenced by the court on June 20, 2017. Turner filed a timely application for discretionary appeal from the court's sentencing order.

It appears, however, that no provision of OCGA § 5-6-35 (a) applies here, and the order Turner wishes to appeal is directly appealable. Pursuant to OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable. Accordingly, this application is hereby GRANTED. Turner shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a timely notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,  08/10/2017
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*